**Electronically Filed
Supreme Court
SCWC-14-0000780
08-MAY-2015
08:09 AM**

SCWC-14-0000780

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

ANASTASIA Y. WALDECKER, Petitioner/Petitioner-Appellant,

vs.

JOHN O'SCANLON, Respondent/Respondent-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000780; UCCJEA NO. 14-1-0002)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant Anastasia Y. Waldecker's application for writ of certiorari filed on March 29, 2015, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, May 8, 2015.

Michael A. Glenn
for petitioner

A. Debbie Jew
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

